STATE OF NORTH CAROLINA v. ROBERT LEE HOOVER, JR.

No. 7218SC597

(Filed 20 September 1972)

APPEAL by defendant from *Seay, Judge,* 31 January 1972 Session, GUILFORD County Superior Court.

The defendant was charged in four separate bills of indictment with various felonies. The first bill of indictment charged him with the felonious breaking and entering into the

business establishment of Leon's Beauty Salons, Inc., and in a second count with larceny of property valued at $175.00, and in a third count, receiving stolen merchandise. These offenses occurred 15 August 1971.

A second bill of indictment charged the defendant with the felonious larceny of a Harley Davidson motorcycle on 21 November 1971, and in a second count in the same bill with receiving stolen merchandise.

The third bill of indictment charged the defendant with the felonious breaking and entering of a building occupied by a partnership under the trade name of Econo Oil Service Station in Randleman, North Carolina, and in a second count with felonious larceny of merchandise from this partnership, and a third count of receiving stolen merchandise. These offenses were alleged to have occurred on 10 December 1971.

A fourth bill of indictment charged the defendant with the felonious breaking and entering of the business establishment of Steven L. Pegram, trading and doing business as Kash and Karry in Greensboro, North Carolina, and in a second count with the felonious larceny of various articles of personal property from said premises, and in a third count with receiving stolen merchandise. These offenses were alleged to have occurred on 4 December 1971.

To all of these charges the defendant in person and by and through his counsel tendered pleas of guilty to three charges of felonious breaking and entering and one charge of felonious larceny of a motorcycle.

The record discloses that the defendant freely, understandingly and voluntarily entered the various pleas of guilty and that same were entered without undue influence, compulsion or duress, and the trial judge so adjudicated.

All of the offenses were consolidated for the purpose of judgment, and it was adjudicated that the defendant be imprisoned for a maximum term of five years in the custody of the Commissioner of Corrections and that he be sent to a youthful offender's camp. The defendant was also given credit for time spent in jail pending trial.

From the imposition of this sentence, the defendant appealed.

*Attorney General Robert Morgan by Assistant Attorney General Parks H. Icenhour for the State.*

*Assistant Public Defender Dallas C. Clark, Jr., for defendant appellant.*

CAMPBELL, Judge.

Counsel for defendant, with commendable frankness, states that after an examination of the record, no prejudicial error was found.

We have reviewed the record, and we find it to be free of any prejudicial error. The defendant was afforded a trial, which was fair and free of error. The bills of indictment, pleas, judgment and sentence were in all respects regular and proper.

No error.

Chief Judge MALLARD and Judge BRITT concur.